# Court of Appeals
# of the State of Georgia

ATLANTA,     May 15, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0207.  IN RE: ESTATE OF JOHN ASA ZACHERY, SR., DECEASED.**

Tiffany Zachery seeks immediate review of the DeKalb County Probate Court's order denying her emergency motion for protective order, which requested that the court enter an order prohibiting her deposition as well as the discovery sought by the administrator of John Asa Zachery's estate.   We lack jurisdiction.

The order sought to be appealed is an interlocutory order.  See *Rose v. Commercial Factors &c.*, 262 Ga. App. 528 (586 SE2d 41) (2003).  An appeal of an order not otherwise subject to direct appeal must comply with the application procedures for interlocutory review set forth in OCGA § 5-6-34 (b).  Here, Zachery's request for a certificate of immediate review was denied by the trial court.  For this Court to have jurisdiction to consider an appeal of an interlocutory order, a certificate of immediate review is required.  OCGA § 5-6-35 (b).[1]

Because this Court lacks jurisdiction to consider this application, it is hereby DISMISSED.

---

[1] See also *Johnson & Johnson v. Kaufman*, 226 Ga. App. 77 (485 SE2d 525) (1997) (the collateral order exception rule does not apply to interlocutory discovery orders).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/15/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*